LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (201) 882-0303
Fax:     (201) 299-2714
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ORIENTAL BULK SHIPPING PTE. LTD.

             Plaintiff,

        - against -

TONGLI SHIPPING CO., LTD.
a.k.a. TONGLI LTD.
a.k.a. TONGLI INTERNATIONAL
             Defendant.

-------------------------------------------------------------X

ECF CASE

08 Civ. 0872 (BSJ)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Oriental Bulk Shipping Pte Ltd. represents to this Honorable Court that said Plaintiff has the following corporate parent and any publicly held corporation that owns 10% or more of its stock.

**IMC Shipping Co. Pte Ltd.**

Dated: New York, New York
       January 24, 2008

             **LAW OFFICES OF RAHUL WANCHOO**
             Attorneys for Plaintiff
             Oriental Bulk Shipping Pte. Ltd.

             By: _Rahul Wanchoo_
                  Rahul Wanchoo (RW-8725)