UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**08 CV 872    ECF**
Oriental Bulk Shipping Pte. Ltd.
V. Tongli Shipping Co.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 872 (BSJ)(MHD)

-----------------------------------------------------------------X

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | | ___ Social Security |
| ___ | Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | Particular Motion:_____ |
| | | All such motions: ___ |

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
                2/6/08

                                               United States District Judge