# LAW OFFICES OF RAHUL WANCHOO

Law Offices of Rahul Wanchoo
357 Westfield Avenue
Ridgewood, New Jersey 07450

Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Telephone: (201) 882-0303
Facsimile: (201) 301-3576
E-Mail: rwanchoo@wanchoolaw.com
Web site: www.wanchoolaw.com



February 11, 2008

**Via Fax - (212) 805-7928**
Hon. Michael H. Dollinger
United States Magistrate Judge
United States Courthouse
500 Pearl St., Room 1670
New York, NY 10007

    Re:     Oriental Bulk Shipping Pte Ltd v. Tongli Shipping Co. 08-872 (BSJ) (MHD)
            United States District Court, Southern District of New York

Dear Hon. Judge Dollinger:

    We represent the Plaintiff, Oriental Bulk Shipping Pte. Ltd., in the above referenced lawsuit. On January 24, 2008 Judge Barbara Jones issued an Ex Parte Order for the issuance of a process of maritime attachment and garnishment against the property of the Defendant in an amount of $606,274.39. Plaintiff has served the process of maritime attachment along with the Court's Order on various garnishees. On or about February 1, 2008, Plaintiff restrained Defendant's property at the Bank of New York in the amount of $269,805.00. Defendant was notified of this attachment pursuant to Local Admiralty Rule B.2. However, Defendant has not filed an appearance in this action. Plaintiff will continue to serve the process of attachment on the garnishee banks on a daily basis until it is secured up to the full amount of its claim authorized by the Order in the amount of $606,274.39.

    We respectfully request that we provide the Court with our next update in 30 days, and thank the Court for its consideration in this matter.

                                                           Respectfully submitted,

                                                           LAW OFFICES OF RAHUL WANCHOO

                                                           *Rahul Wanchoo*
                                                            Rahul Wanchoo (RW-8725)

ENDORSED ORDER

*Application granted.*

*[signature]*
2/11/08