**LAW OFFICES OF RAHUL WANCHOO**

Law Offices of Rahul Wanchoo
357 Westfield Avenue
Ridgewood, New Jersey 07450

Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Telephone: (201) 882-0303
Facsimile: (201) 301-3576
E-Mail: rwanchoo@wanchoolaw.com
Web site: www.wanchoolaw.com

April 21, 2008

RECEIVED
APR 21 2008

**Via Fax - (212) 805-7928**
Hon. Michael H. Dollinger
United States Magistrate Judge
United States Courthouse
500 Pearl St., Room 1670
New York, NY 10007

    Re:    **Oriental Bulk Shipping Pte Ltd v. Tongli Shipping Co. 08-872 (BSJ) (MHD)**
            **United States District Court, Southern District of New York**

Dear Hon. Judge Dollinger:

    We represent the Plaintiff, Oriental Bulk Shipping Pte. Ltd. in the above referenced lawsuit.

    We had filed our last status report with the Court on March 12, 2008, and as per your Honor's order we write to update the Court in this matter. There have been no new developments to report since our last report, and, in the circumstances we respectfully request that we provide the Court with our next update in 60 days.

    We thank the Court for its consideration in this matter.

               Respectfully submitted,

               LAW OFFICES OF RAHUL WANCHOO

               Rahul Wanchoo

               Rahul Wanchoo (RW-8725)

ENDORSED ORDER.

4/21/08