**LAW OFFICES OF RAHUL WANCHOO**

Law Offices of Rahul Wanchoo
357 Westfield Avenue
Ridgewood, New Jersey 07450

Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Telephone: (646) 593-8866
Facsimile: (212) 618-0213
E-Mail: rwanchoo@wanchoolaw.com
Web site: www.wanchoolaw.com

June 26, 2008

**Via Fax - (212) 805-7928**
Hon. Michael H. Dollinger
United States Magistrate Judge
United States Courthouse
500 Pearl St., Room 1670
New York, NY 10007

Re: Oriental Bulk Shipping Pte Ltd v. Tongli Shipping Co. 08-872 (BSJ) (MHD)
United States District Court, Southern District of New York

Dear Hon. Judge Dollinger:

We represent the Plaintiff, Oriental Bulk Shipping Pte. Ltd. in the above referenced lawsuit.

We had filed our last status report with the Court on April 21, 2008, and as per your Honor's order we write to update the Court in this matter. The senior personnel of Plaintiff and Defendant have recently met at Plaintiff's offices and are in the process of resolving their disputes amicably. In the circumstances, we respectfully request that we provide the Court with our next update in 60 days.

We thank the Court for its consideration in this matter.

Respectfully submitted,

LAW OFFICES OF RAHUL WANCHOO

Rahul Wanchoo (RW-8725)