UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ORIENTAL BULK SHIPPING PTE. LTD.

                        Plaintiff,                 ECF Case

                                              08 Civ. 0872 (BSJ)

                                             **NOTICE OF VOLUNTARY**
                                             **DISMISSAL WITH ORDER**

                    - against -

TONGLI SHIPPING PTE LTD.
a.k.a. TONGLI LTD.
a.k.a. TONGLI INTERNATIONAL

                        Defendant.
------------------------------------------------------------X

       PLEASE TAKE NOTICE that there being no appearance or answer by Defendant, pursuant to Fed. Civ. P. 41(a), Plaintiff hereby voluntarily dismisses this action, with prejudice, and without costs or disbursements to any of the parties herein.

Dated: New York, New York
         August 14, 2008

                                         LAW OFFICES OF RAHUL WANCHOO
                                         Attorneys for Plaintiff
                                         ORIENTAL BULK SHIPPING PTE. LTD.

                                         By: _____
                                            Rahul Wanchoo (RW-8725)
                                            350 Fifth Avenue, Suite 3304
                                            New York, NY 10118
                                            646-593-8866

**IT IS SO ORDERED**

_____

Hon. Barbara S. Jones
United States District Judge